IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 




NO. 3-91-291-CR




MICHAEL JONES,




 APPELLANT


vs.




THE STATE OF TEXAS,




 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 147TH JUDICIAL DISTRICT



NO. 103,638, HONORABLE TOM BLACKWELL, JUDGE


 




PER CURIAM


 This is an appeal from a judgment of conviction for aggravated robbery. 
Punishment was assessed at confinement for 22 years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1992).



[Before Justices Powers, Jones and Kidd]

Dismissed On Appellant's Motion

Filed: August 19, 1992

[Do Not Publish]